UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROL ARMSTRONG,

        Plaintiff,

v.                                  Case No. 3:18-cv-24-HEH

WAL-MART STORES EAST, LP, et al.

        Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, Wal-Mart Stores East, LP, Company Doe, John Doe 1, and John Doe II pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_[signature]_
*Signature of plaintiff's counsel*

3315 W. Broad St
*Address*

Richmond, VA 23250
*City, State & Zip Code*

804-355-4446 ext 122
*Telephone Number*

DATED: 5/1/18

1

Gibson S. Wright, Attorney for Walmart

_____ VSB No. 84632
Signature of defendant's counsel

Midville Hilton P.O. Box 796
Address

Richmond, VA 23218
City, State & Zip Code

804-775-3100  gwright@kmh.com
Telephone Number
Fax: 804-775-3800

DATED: 5-2-2018